IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHERMAN ANTWAN BROADHEAD, #246 842, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-36-WKW [WO] |
| OFFICER QUENTEN D. RATCLIFFE, | ) ) ) | |
| Defendant. | ) ) | |

# **ORDER**

On May 24, 2019, the Magistrate Judge filed a Recommendation (Doc. # 54) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 54) is ADOPTED;

(2) Defendant's Motion for Summary Judgment (Doc. # 13) is GRANTED as to Plaintiff's claims for monetary damages against Defendant in his official capacity, and those claims are DISMISSED with prejudice on the basis of absolute immunity.

(3) Defendant's Motion for Summary Judgment (Doc. # 13) is DENIED as to Plaintiff's claim of excessive force against Defendant in his individual capacity.

(4) An order setting this action for trial will be entered separately at a later date.

DONE this 26th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE